IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **EVENFLO COMPANY, INC.,** | * | Case No. 3:23-cv-00378 |
| | * | |
| Plaintiff, | * | Judge Michael J. Newman |
| | * | |
| v. | * | Magistrate Caroline Gentry |
| | * | |
| **WEBER DISTRIBUTION, LLC,** | * | **DEFENDANT WEBER** |
| | * | **DISTRIBUTION, LLC'S MOTION TO** |
| Defendant. | * | **FILE ITS RULE 7.1 CORPORATE** |
| | * | **DISCLOSURE UNDER SEAL** |
| | * | |

COMES NOW Defendant Weber Distribution, LLC, (hereinafter as "Defendant"), by and through undersigned counsel, and moves this Honorable Court to permit Defendant to file its unredacted Federal Rule 7.1 Corporate Disclosure under seal, and to file a partially redacted Disclosure publicly, pursuant to Federal Rule 5.2(d). The attached and incorporated Rule 7.1 Supplemental Disclosure Statement and Stellex-Weber Flowchart (Exhibits A and B respectively), are the partially redacted versions which Defendant proposes to be filed with the Court.

Defendant is a limited liability company ("LLC") registered, and with its principal place of business, in California. While Defendant's sole member is Stellex/Weber Buyer LLC, the process by which Defendant's jurisdictional citizenship is determined requires the disclosure of the membership of both that LLC, and the cascading membership of several other LLCs and limited partnerships ("LPs").

Two entities "down the line" from Defendant (Stellex Capital Investors LP and Stellex Capital Partners LP) have approximately 80 limited members, in addition to the two individuals listed on Exhibit B. Defendant, having secured the acquiescence of Plaintiff Evenflo Company Inc., seeks to shield these third-party investors from public disclosure. Both Stellex Capital Investors LP and Stellex Capital Partners LP have a legitimate interest in protecting the identity of

their limited partners who are not parties to the case and have invested with the expectation of confidentiality. Redacting their names from the publicly available filing will not inhibit Plaintiff or this Honorable Court from determining the appropriate jurisdiction for the case-at-bar.

Notably, it has been determined that the University of Dayton, an Ohio non-profit corporation with its principal place of business in Ohio, is a limited partner of Stellex Capital Partners LP. The Subscription Agreement/General Partner Acceptance document, attached as Exhibit C, establishes this. This entity is also disclosed on Exhibit B. Plaintiff's Rule 7.1 disclosures establish that Plaintiff too has citizenship in Ohio. Defendant believes diversity does not exist herein and that this Court lacks jurisdiction to hear this case and public disclosure of the remaining limited partners will do nothing to further the issue.

Accordingly, Defendant moves this Honorable Court to grant its motion, permitting Defendant to publicly file a partially redacted Rule 7.1 Disclosure (Exhibits A and B), and to submit its unredacted Disclosure under seal to this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Sarah V. Beaubien*<br>**SARAH V. BEAUBIEN (0087735)**<br>**GALLAGHER SHARP LLP**<br>420 Madison Avenue, Suite 1250<br>Toledo, OH 43604<br>(419) 241-4860 / (419) 241-4866 Fax<br>sbeaubien@gallaghersharp.com |
| Dated: June 5, 2024 | *Attorney for Defendant* |
|  | and |
|  | **LINDA M. ITALIANO GORCZYNSKI (0070607)**<br>**GALLAGHER SHARP LLP**<br>1215 Superior Avenue, 7th Floor<br>Cleveland, OH 44114<br>(216) 241-5310 / (216) 241-1608 Fax<br>lgorczynski@gallaghersharp.com<br>*Attorney for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, the foregoing *Defendant Weber Distribution, LLC's Motion to File Its Rule 7.1 Corporate Disclosure Under Seal was* electronically filed through the Court's ECF system and served on all counsel of record.

          */s/ Sarah V. Beaubien*
          **SARAH V. BEAUBIEN (087735)**
          **GALLAGHER SHARP LLP**
          *Attorney for Defendant*